IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Charles P. Barnes,<br><br>Plaintiff,<br><br>v.<br><br>Leon Lott, in his official capacity as Sheriff of Richland County, Luke Martin, individually and in his official capacity,<br><br>Defendants. | C/A No.: 3:26-cv- 2445-MGL<br>(2026-CP-40-03244)<br><br>**RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES ON BEHALF OF DEFENDANTS** |

Pursuant to Rule 26.01 of the Local Civil Rules of the United States District Court for the District of South Carolina, as amended, the following answers to Interrogatories are hereby submitted on behalf of Defendants Leon Lott, in his official capacity as Sheriff of Richland County, and Luke Martin, individually and in his official capacity:

1. State the full name, address and telephone number of all personal or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE:**

**Upon information and belief, none.**

2. As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE:**

**This matter should be tried by jury in order to protect the rights of the Defendants.**

3. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent; subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the

outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**<u>RESPONSE</u>:**

**Not applicable.**

4. State the basis asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**<u>RESPONSE</u>:**

**Upon information and belief, the appropriate division is the Columbia Division because the events described in the Complaint occurred in Richland County, South Carolina.**

5. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number in the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may* be related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happening or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**<u>RESPONSE</u>:**

**The Defendants are not aware of any related actions filed in the District of South Carolina.**

6. If the Defendants are improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE:**

**Neither Defendant is improperly identified.**

7. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**RESPONSE:**

**The Defendants are not aware of any individual or entity is liable to the Plaintiff in this matter.**

GARFIELD SPREEUWERS LAW GROUP

*s/Robert D. Garfield*
Robert D. Garfield, Fed. ID 7799
Steven R. Spreeuwers, Fed. ID 11766
1220 Pickens Street
Columbia, South Carolina 29201
T: 803.830.5496
robert@gslawsc.com
steve@gslawsc.com

*Counsel for Defendants*

Columbia, South Carolina
June 19, 2026