IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Charles P. Barnes,<br><br>Plaintiff,<br><br>v.<br><br>Leon Lott, in his official capacity as Sheriff of Richland County, Luke Martin, individually and in his official capacity,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C/A No.: 3:26-cv-02445-MGL<br><br>**REPLY TO STANDING ORDER REGARDING REMOVAL ON BEHALF OF DEFENDANTS** |

The Defendants provide the information below to the Court in accordance with this Court's Standing Order Regarding All Removed Cases Assigned to Judge Mary Geiger Lewis:

1. The date(s) Defendant(s) or their representative(s) first received a copy of the summons and complaint in the state court action;

**RESPONSE:**

**As to Defendant Lott: May 21, 2026**
**As to Defendant Martin: May 23, 2026**

2. The date(s) each Defendant was served with a copy of the summons and complaint, if any of those dates differ from the date(s) set forth in item number 1;

**RESPONSE:**

**Same as above.**

3. In actions predicated on diversity jurisdiction, an explanation of whether any Defendants who have been served are citizens of South Carolina;

**RESPONSE:**

**Not applicable.**

4. In actions predicated on diversity jurisdiction, the basis for believing that the amount in controversy exceeds $75,000.00;

**RESPONSE:**

**Not applicable.**

5. If removal takes place more than thirty days after any Defendant first received a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which Defendant(s) first received a paper identifying the basis for such a removal;

**RESPONSE:**

**Not applicable.**

6. In actions removed on the basis of this Court's diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not summarily be remanded to state court; and

**RESPONSE:**

**Not applicable.**

7. The identity of any Defendant who Plaintiff(s) served prior to the time of removal who did not formally join in notice of removal and the reasons therefor.

**RESPONSE:**

**Upon information and belief, none.**

*[Signature block on following page]*

GARFIELD SPREEUWERS LAW GROUP

*/s/ Robert D. Garfield*

Robert D. Garfield, Fed. ID 7799
Steven R. Spreeuwers, Fed. ID 11766
1220 Pickens Street
Columbia, South Carolina 29201
T: 803.830.5496
robert@gslawsc.com
steve@gslawsc.com

*Counsel for the Defendants*

Columbia, South Carolina
June 25, 2026