IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Charles P. Barnes,<br><br>Plaintiff,<br><br>v.<br><br>Leon Lott, in his official capacity as Sheriff of Richland County, Luke Martin, individually and in his official capacity,<br><br>Defendants. | C/A No.: 3:26-cv-02445-SAC<br><br>**JOINT RULE 26(F) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

______ We agree that the schedule set forth in the Scheduling Order filed July 13, 2026, is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

__X__ We agree that the schedule set forth in the Conference and Scheduling Order filed July 13, 2026, requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

______ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

*[Counsel signature page to follow]*

Respectfully submitted,

McWhirter, Bellinger & Associates, P.A.

*s/J. C. Nicholson, III*
J. C. Nicholson, III, Fed. ID 9171
119 East Main Street
Lexington, South Carolina 29072
803.520.9136
jc@mbalaw.com

*Counsel for Plaintiff*

Garfield Spreeuwers Law Group

*s/Robert D. Garfield*
Robert D. Garfield, Fed. ID 7799
Steven R. Spreeuwers, Fed. ID 11766
1220 Pickens Street
Columbia, South Carolina 29201
T: 803.830.5496
robert@gslawsc.com
steve@gslawsc.com

*Counsel for Defendants*

August 17, 2026